BEFORE THE SECOND DIVISION, DECEMBER 27, 1965

No. 69718.—Borneo Sumatra Trading Co., Inc. *v.* United States, protests 60/8342, 61/8488, and 61/12597 (New York).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 69719.—S. H. Kress & Co. *v.* United States, protests 58/25652, etc. (Los Angeles).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the articles of merchandise consist of battery-operated lanterns which contain as an essential feature an electrical element or device; that they are not illuminating articles, lighting fixtures, or lamps; and that they do not contain heating elements, the claim of the plaintiff was sustained.